No. 75–5667. MURPHY *v.* BRISCOE ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–5671. MCLAUGHLIN *v.* VINZANT, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied.

No. 75–5676. BEAUPRE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 75–5677. THOMASSEN *v.* BURKHEAD. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 75–5702. RICHARDS *v.* ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 75–375. WHITE FARM EQUIPMENT CO. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 75–558. COMMISSIONER OF INTERNAL REVENUE *v.* AMERADA HESS CORP. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL would grant certiorari in No. 75–375, limited to Question 2 presented in the petition. Reported below: 517 F. 2d 75.

No. 75–453. NATIONAL ALLIANCE OF POSTAL AND FEDERAL EMPLOYEES *v.* KLASSEN, POSTMASTER GENERAL, ET AL. C. A. D. C. Cir. Motion of National Association for the Advancement of Colored People for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 75–691. SHIELDS ET AL. *v.* FRANKLIN ET AL.; and
No. 75–5505. FRANKLIN ET AL. *v.* SHIELDS ET AL. Petition for certiorari before judgment to C. A. 4th Cir. Motion of respondents for leave to proceed *in forma pauperis* in No. 75–691 granted. Certiorari denied. Reported below: See 399 F. Supp. 309.